United States Courts
Southern District of Texas
FILED

OCT 10 2025

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS11

CASE NUMBER _____

**ANTHONY WELCH,**
Plaintiff,

v.

**HARRIS COUNTY TAX OFFICE,**
Defendant.

## COMPLAINT FOR DAMAGES AND RELIEF

### Introduction

1. This is an action for damages and equitable relief arising from the Harris County Tax Office's willful and negligent mis-accession of property taxes on the Plaintiff's residence, in violation of federal and state laws, specifically due to the excessive charging of taxes based on a falsely inflated property valuation.

### Parties

2. Plaintiff, Anthony Welch, is an individual residing at 931 Enclave Lake Drive, Houston, TX Harris County, Texas.

3. Defendant, Harris County Tax Office, is a government agency responsible for property tax assessments and collections within Harris County, Texas who's address is 1001 Preston Street, Houston, TX 77002

### Jurisdiction and Venue

4. Jurisdiction is proper under 28 U.S.C. § 1331 because this action involves violations of federal law governing fair assessment practices.

5. Venue is proper in this district under 28 U.S.C. § 1391 because the events giving rise to this claim occurred in Harris County, Texas, and the Defendant's offices are located in this district.

### Statement of Claims

6. The Plaintiff's property located at 931 Enclave Lake Drive Houston, TX 77077 was assessed at a value significantly higher than its true market value.

7. The Harris County Tax Office was aware, or should have been aware, through recent independent appraisals and market analysis, that the true value of the property was substantially lower than the valuation used to calculate taxes.

8. Despite knowledge of this discrepancy, the Harris County Tax Office continued to impose excessive property taxes, resulting in an unlawful overcharge.

9. The overcharge amounts to a violation of the Plaintiff's constitutional rights to fair and equal treatment under the law, as well as violations of relevant state statutes concerning property assessment, accuracy and fairness.

10. The Defendant's actions were willful, malicious, or at least grossly negligent, entitling the Plaintiff to recover damages, penalties, and injunctive relief.

**Claims for Relief**

**Count I: Violation of Federal Due Process Rights**

11. The Plaintiff repeats and realleges all preceding paragraphs.

12. The excessive tax assessment without proper valuation constitutes a violation of the Plaintiff's rights under the Fourteenth Amendment to the U.S. Constitution.

**Count II: Negligent Assessment and Unjust Enrichment**

13. The Defendant negligently failed to adjust the property valuation in accordance with independent appraisals.

14. The excessive taxes collected constitute unjust enrichment at the expense of the Plaintiff.

**Count III: Breach of Statutory Duty**

15. The Defendant violated state laws requiring accurate property assessments.

**Prayer for Relief**

WHEREFORE, the Plaintiff respectfully requests the Court to:

A. Declare that the Defendant's assessment practices violated federal and state law.

B. Order the Defendant to recalculate and remit the excess taxes paid by the Plaintiff.

C. Award damages for the overcharged taxes, including interest and penalties.

D. Enjoin the Defendant from continuing the practice of inaccurate assessments.

E. Award costs and attorney fees; and

F. Grant such other relief as the Court deems just and proper.

**Jury Trial Demanded**

Plaintiff demands a trial by jury on all issues so triable.

**Respectfully submitted,**

Anthony Welch
931 Enclave Lake Drive
Houston, TX 77077
anthonywelch562@gmail.com
713-909-9641